

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DALLAS PETROLEUM GROUP, LLC/ RCPTX, LTD. AND ROYALTY CLEARINGHOUSE, LTD., | § § § | No. 08-17-00017-CV |
| Appellant/Cross-Appellants, | § § | Appeal from |
| v. | § | 143rd District Court |
| RCPTX, LTD. AND ROYALTY CLEARINGHOUSE, LTD./DALLAS PETROLEUM GROUP, LLC, | § § § | of Loving County, Texas (TC # 15-04-828) |
| Appellee/Cross-Appellee. | § § | |

# **J U D G M E N T**

The Court has considered this cause on agreed motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF NOVEMBER, 2017.


ANN CRAWFORD McCLURE, Chief Justice


Before McClure, C.J., Rodriguez, and Palafox, JJ.